LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Albert Portusach Mendiola, Jr.*



FILED
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALBERT PORTUSACH MENDIOLA, JR.,<br><br>                Defendant. | CRIMINAL CASE NO. 05-00011<br><br>**STIPULATION FOR CONTINUANCE OF STATUS HEARING** |

The parties herein stipulate to continuing the status hearing currently set for August 18, 2005 to sixty (60) days or at the courts convenience.

IT IS SO STIPULATED this 18th day of August, 2005.

| | |
|---|---|
| **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP<br><br>*/s/*<br>_____<br>**PETER C. PEREZ, ESQ.**<br>Attorney for Defendant | **LEONARDO M. RAPADAS**<br>**UNITED STATES ATTORNEY**<br>**DISTRICTS OF GUAM** AND **NMI**<br><br>*/s/*<br>_____<br>**MARIVIC P. DAVID, ESQ.**<br>Assistant U.S. Attorney |

Page 1 of 1