**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Albert Portusach Mendiola, Jr.*

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ALBERT PORTUSACH MENDIOLA, JR.<br><br>Defendants. | CRIMINAL CASE NO. CR05-00011<br><br>**ORDER**<br>**RE: STIPULATION OF PARTIES** |

Based on the Stipulation of Parties filed August 18, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status hearing is continued to _October 18_, 2005 at _2:30_ _p_.m..

Dated: _8/18/2005_

_____
Designated Judge
District Court of Guam

FILED
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
AUG 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Page 1 of 1
USA v Albert Portusach Mendiola, Jr.
Criminal Case No. 05-00011
Order Re: Granting Stipulation for Continuance

Case 1:05-cr-00011    Document 29    Filed 08/18/2005    Page 1 of 1