LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> ALBERT PORTUSACH MENDIOLA, JR., ) <br> and PAUL A.I. MENDIOLA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00011 <br><br> **ORDER re:** <br> **September 1, 2005, Application** <br> **to Unseal Record** |

Based on the United States Application to Unseal Record, as to defendant ALBERT PORTUSACH MENDIOLA, JR., filed September 1, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the record be unsealed.

9/1/05

S. JAMES OTERO*
District Court of Guam

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.

**ORIGINAL**

Case 1:05-cr-00011  Document 34  Filed 09/01/2005  Page 1 of 1