LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 19 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00011 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | re: October 17, 2005 |
| ALBERT PORTUSACH MENDIOLA, JR., ) | Stipulation of Parties |
| Defendant. ) | |

Based on the Stipulation of Parties filed October 17, 2005, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status hearing is vacated, and that sentencing is set for Monday, January 9, 2006 at 9:30 a.m.[1] The presentence report shall be provided to the parties no later than November 22, 2005. The parties shall file their responses to the presentence report no later than December 6, 2005. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than December 20, 2005.

DATE: October 19, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

---

[1] The Honorable Donald W. Molloy, United States Chief District Judge for the District of Montana, shall preside over the sentencing hearing.