**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Paul A.I. Mendiola*

**FILED**
DISTRICT COURT OF GUAM

NOV 1 7 2005

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PAUL A.I. MENDIOLA,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00011<br><br>**STIPULATION FOR CONTINUANCE** |

The undersigned stipulate to extend the time to file a Presentence Report Responses and the sentencing hearing, currently scheduled for December 14, 2005 at 9:00 a.m. The defense requests the continuance for the following reasons:

1.    Instant counsel for Defendant Paul Mendiola was substituted in on October 24, 2005;

2.    Defense counsel needs additional time to prepare PSR responses;

3.    Defense counsel is seeking additional cooperation opportunities for his client; and

4.    Defense counsel anticipates being on leave on the currently set sentencing date.

IT IS SO STIPULATED this 17th day of November, 2005:

**LUJAN AGUIGUI & PEREZ** LLP

*PMM IVJ*

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Paul A.I. Mendiola*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant U.S. Attorney*

ORIGINAL