LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB - 2 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>          vs.<br><br>ALBERT PORTUSACH MENDIOLA, JR.,<br><br>                    Defendant.<br>_____ | CRIMINAL CASE NO. 05-00011<br><br>**ORDER**<br>**January 18, 2006**<br>**Stipulation of Parties** |

Based on the Stipulation of Parties filed January 18, 2006, in the above-captioned matter;
and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for
February 15, 2006, is continued to April 13, 2006, at 10:00 a.m.

SO ORDERED this 2nd day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

# ORIGINAL