```
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
```

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAR 27 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALBERT P. MENDIOLA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00011 <br><br> **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Peter C. Perez, Jr., hereby stipulate to continue the sentencing hearing

//
//
//
//
//
//
//
//
//

currently scheduled for April 13, 2006, and that it be rescheduled to a date approximately four (4) weeks thereafter to be selected by the court. The parties make this request for the reason that the defendant has been subpoenaed to testify in an upcoming trial, <u>United States of America v. Christopher M. Espinosa and Brian William Elm</u>, CR# 05-00053, currently set for April 3, 2006, which may not conclude before the April 13, 2006 sentencing hearing.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 3/20/06

By: *(signature)*
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 3/24/06

Original Signed by:
PETER C. PEREZ
PETER C. PEREZ, JR.
Attorney for Defendant

-2-