1   LEONARDO M. RAPADAS
     United States Attorney
2   MARIVIC P. DAVID
     Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
     108 Hernan Cortez Street
4   Hagåtña, Guam  96910
     Telephone:  (671) 472-7332/7283
5   Telecopier:  (671) 472-7334

6   Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 2 8 2006

MARY L.M. MORAN
CLERK OF COURT

7
## IN THE UNITED STATES DISTRICT COURT

8
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| 9   UNITED STATES OF AMERICA,    ) | CRIMINAL CASE NO. 05-00011 |
| 10            Plaintiff,    ) | |
| 11      vs.               ) | **ORDER** |
| | **Re: March 27, 2006** |
| 12                 ) | **Stipulation of Parties** |
| 13   ALBERT P. MENDIOLA, JR.    ) | (2nd Request) |
| 14           Defendant.    ) | |

15       Based on the Stipulation of Parties filed March 27, 2006, in the above-captioned matter,

16 and the Court finding good cause for the issuance of the Order;

17      **IT IS HEREBY ORDERED** that the sentencing hearing presently scheduled for

18

19 April 13, 2006, be continued to June 5, 2006, at 10:30 a.m. before the Honorable John A.

20 Houston, United States District Judge for the Southern District of California.

21       DATED this 28th day of March 2006.

22

23                         JOAQUIN V.E. MANIBUSAN, JR.
                          U.S. Magistrate Judge

24

25

26

27            ORIGINAL

28