LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00011 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| ALBERT P. MENDIOLA, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, ALBERT P. MENDIOLA, JR., by and through his attorney, Peter C. Perez, and hereby stipulate and request that the Sentencing hearing currently set for June 5, 2006

//
//
//
//
//
//
//
//

be continued approximately two (2) months thereafter to be set by the Court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 5/31/06        By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 5/31/06        _____
PETER C. PEREZ
Attorney for Defendant

2