LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ALBERT P. MENDIOLA,<br><br>  Defendant. | CRIMINAL CASE NO. 05-00011<br><br>**ORDER**<br>re: 4th Stipulation to Continue Sentencing |

Based on the Stipulation of Parties filed on May 31, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the sentencing hearing presently scheduled for June 5, 2006, is continued to August 22, 2006, at 10:30 a.m.

**IT IS FURTHER ORDERED** that the Defendant shall retain new counsel and file a substitution of counsel by June 30, 2006.

DATE: June 2, 2006

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**