**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant*
*Albert P. Mendiola, Jr.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00011 |
| vs. | |
| | **MOTION TO CONTINUE SENTENCING** |
| ALBERT P. MENDIOLA, JR., | |
| Defendant. | |

Defendant ALBERT P. MENDIOLA, JR., by and through his defense counsel, Peter C. Perez, Esq. of the law office of LUJAN AGUIGUI & PEREZ LLP, requests that the Court continue sentencing currently scheduled for August 22, 2006 at 10:30 a.m. for forty-five (45) days.

Respectfully submitted this 16th day of August, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____

**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Albert P. Mendiola, Jr.*

M-0031/PCP:eol

ORIGINAL