LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant
Albert P. Mendiola, Jr.*

FILED
DISTRICT COURT OF GUAM
AUG 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> ALBERT P. MENDIOLA, JR., <br><br> Defendant. | CRIMINAL CASE NO. CR05-00011 <br><br> **UNITED STATES OF AMERICA'S JOINDER IN DEFENDANT'S MOTION TO CONTINUE SENTENCING** |

**UNITED STATES OF AMERICA**, by and through Assistant United States Attorney Marivic P. David, Esq., hereby joins in Defendant's Motion to Continue Sentencing filed on August 16, 2006.

Respectfully submitted this 17th day of August, 2006.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant United States Attorney*

M-0031/PCP:eol