LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant*
*Albert P. Mendiola, Jr.*

**FILED**

DISTRICT COURT OF GUAM

AUG 18 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT P. MENDIOLA, JR.,<br><br>Defendant. | CRIMINAL CASE NO. 05-00011<br><br><br>**ORDER**<br>re: 5th **Stipulation to Continue Sentencing** |

Whereas, the Defendant Albert P. Mendiola, Jr.'s Motion to Continue Sentencing was filed on August 16, 2006 and

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Motion to Continue Sentencing is hereby granted. The sentencing hearing previously set for August 22, 2006, shall be continued to Wednesday, October 25, 2006, at 10:00 a.m.

**IT IS FURTHER ORDERED** that he Defendant shall retain new counsel and file a substitution of counsel no later than September 5, 2006.

Dated: August 18, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**