**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Albert P. Mendiola, Jr.*

## IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALBERT P. MENDIOLA, JR.,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 05-00011<br><br>**STIPULATION FOR CONTINUANCE** |

　　This Honorable Court previously set a deadline of September 5, 2006 for the Defendant, Albert P. Mendiola, Jr. to submit a substitution of counsel. Defendant has been actively seeking substitute counsel but has been unable to engage new counsel by September 5, 2006. Defendant requests an additional two weeks to engage new counsel. The undersigned stipulate to extending the deadline for the Defendant to submit a substitution of counsel by two weeks, by September 19, 2006.

　　IT IS SO STIPULATED this 5th day of September, 2006

| | |
|---|---|
| **LUJAN AGUIGUI & & PEREZ** LLP<br><br>　　　　*/s/*<br><br>**PETER C. PEREZ, ESQ.**<br>Attorney for Defendant | **LEONARD M. RAPADAS**<br>United States Attorney<br><br>　　　　*/s/*<br><br>**MARIVIC P. DAVID, ESQ.**<br>Assistant U.S. Attorney |

M-00031/0479/PCP/dmg