**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Albert P. Mendiola, Jr.*

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ALBERT P. MENDIOLA, JR.<br><br>Defendants. | CRIMINAL CASE NO. 05-00011<br><br>**ORDER**<br>**RE: STIPULATION FOR CONTINUANCE** |

Based on the stipulation filed on September 6, 2006 (Docket No. 76), and the Court finding good cause for the issuance of the order;

IT IS HEREBY ORDERED that the deadline to submit a substitution of counsel shall be extended until September 19, 2006.

SO ORDERED this 7th day of September 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

*M-00031/0479/PCP/dmg*