LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Albert P. Mendiola Jr.*

FILED
DISTRICT COURT OF GUAM
SEP 22 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00011 |
| vs. | SUBSTITUTION OF COUNSEL |
| ALBERT P. MENDIOLA, JR., | |
| Defendant. | |

Defendant **ALBERT P. MENDIOLA, JR.** hereby substitutes the **LAW OFFICE OF MARK S. SMITH** as his counsel in place of **LUJAN AGUIGUI & PEREZ LLP**.

Dated: September 22, 2006.

_____
**ALBERT P. MENDIOLA, JR.**
Defendant

The Law Firm of **LUJAN AGUIGUI & PEREZ LLP** hereby withdraws as counsel for Defendant herein.

Dated: September 22, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By:_____
**PETER C. PEREZ, ESQ.**

| | |
|---|---|
| 1 | **THE LAW OFFICE OF MARK S. SMITH** hereby enters its appearance as counsel for |
| 2 | Defendant ALBERT P. MENDIOLA, JR. herein. |
| 3 | Dated: September 22, 2006. |

LAW OFFICE OF MARK S. SMITH

By: _____
MARK S. SMITH, ESQ.

M-0031/PCP:eol

---

Page 2 of 2

*USA v. Albert P. Mendiola, Jr.*
Criminal Case No. CR05-00011