**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Albert P. Mendiola, Jr.*

FILED
DISTRICT COURT OF GUAM
SEP 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00011 |
| Plainitff, | |
| vs. | **ORDER**<br>**Approving Substitution of Counsel** |
| ALBERT P. MENDIOLA, JR. | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Substitution of Counsel filed on September 22, 2006 is hereby approved. The Law Office of Mark S. Smith is hereby substituted as retained counsel for the above-named defendant in place of LUJAN AGUIGUI & PEREZ LLP.

Dated: September 27, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

M-0031/PCP:eol

**ORIGINAL**