1    LEONARDO M. RAPADAS
     United States Attorney
2    MARIVIC P. DAVID
     Assistant U.S. Attorney
3    Suite 500, Sirena Plaza
     108 Hernan Cortez Avenue
4    Hagåtña, Guam 96910
     Telephone: (671) 472-7332
5    Telecopier: (671) 472-7334

6    Attorneys for United States of America

ORIGINAL

**FILED**

DISTRICT COURT OF GUAM

OCT - 4 2006

MARY L.M. MORAN
CLERK OF COURT

7

8           **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE DISTRICT OF GUAM**

10

11    UNITED STATES OF AMERICA,      )    CRIMINAL CASE NO. 05-00011
                               )
12             Plaintiff,    )    **STIPULATION OF PARTIES TO**
                               )    **CONTINUE SENTENCING**
13            vs.            )
                               )
14    ALBERT P. MENDIOLA,         )
                               )
15                       )
                Defendant.    )
16    _____ )

17

18         Comes now the parties, United States of America, by and through the undersigned

19    attorneys, and Defendant, ALBERT P. MENDIOLA, JR., by and through his attorney, Mark S.

20    Smith, and hereby stipulate and request that the Sentencing hearing currently set for

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

1
2 October 25, 2006 be continued approximately one (1) months thereafter to be set by the Court.

3     SO STIPULATED.

4                                    LEONARDO M. RAPADAS

5                                    United States Attorney
                                   Districts of Guam and CNMI

6

7 DATE: _10/4/06_                By: _____

8                                    MARIVIC P. DAVID
                                   Assistant U.S. Attorney

9

10 DATE: _10/4/06_

11                                    MARK S. SMITH
                                   Attorney for Defendant

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    2