LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT -6 2006
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
OCT 6 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00011 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) Re: Sixth Request to Continue Sentencing |
| ALBERT P. MENDIOLA, JR. | ) |
| Defendant. | ) |

Based on the Stipulation of Parties filed October 4, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to Monday, November 20, 2006, at 10:00 a.m.

DATE: October 6, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL