THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Albert P. Mendiola, Jr.,*



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 05-00011 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALBERT P. MENDIOLA, JR., | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed November 17, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to December 20, 2006, at 9:30 a.m.

Dated: 11-17-06

FRANCES TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam