THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant:
*Albert P. Mendiola, Jr.,*

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 05-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ALBERT P. MENDIOLA, JR., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the Order (Continuing Sentencing) as to the above-mentioned matter was served via hand delivery on November 21, 2006 to the following:

Office of the United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

Dated: 11/21/06

JENNIFER C. BAUTISTA

ORIGINAL

Mendiola.Albert
certificate of service
Case 1:05-cr-00011    Document 100    Filed 11/21/2006    Page 1 of 1