THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Albert P. Mendiola, Jr.*,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT P. MENDIOLA, JR.,<br><br>Defendant. | CRIMINAL CASE NO.: 05-00011<br><br>STIPULATION OF PARTIES TO CONTINUE SENTENCING |

COMES NOW, the parties, the United States of America, by and through the undersigned attorneys, and Defendant, ALBERT P. MENDIOLA, JR., by and through his attorney, Mark S. Smith, and hereby stipulate and request that the Sentencing hearing currently set for December 20, 2006 be continued approximately one (1) month thereafter to be set by the Court.

//
//
//
//
//

SO STIPULATED:

LEONARD M. RAPADAS
United States Attorney
District of Guam and NMI

Dated: 12/19/06

**KARON V. JOHNSON**
Assistant U.S. Attorney

Dated: 12/19/06

**MARK S. SMITH**
Attorney for Defendant