**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-05-00011  DATE: December 20, 2006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:36:05 - 9:42:00
CSO: B. Pereda / J. Lizama

**APPEARANCES:**
Defendant: Albert Portusach Mendiola, Jr.  Attorney: Mark Smith
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent: Kenneth Bowman, D.E.A.
U.S. Probation: Maria Cruz  U.S. Marshal: G. Perez
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Defense counsel's request to continue sentencing <u>granted</u>.
- Proceedings continued to: <u>January 25, 2007 at 9:30 A.M.</u>
- Defendant to remain released.

NOTES: