

**FILED**
DISTRICT COURT OF GUAM
JAN 26 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### SENTENCING

CASE NO.: CR-05-00011-002                 DATE: January 25, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 12:05:30 - 12:58:23
                                                                     1:12:01 - 1:48:30
CSO: F. Tenorio / J. McDonald

---

**APPEARANCES:**

Defendant: Albert Portusach Mendiola, Jr.     Attorney: Mark Smith
☒ Present ☐ Custody ☐ Bond ☒ P.R.             ☒ Present ☒ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David               U.S. Agent: Ken Bowman, D.E.A.
U.S. Probation: Maria Cruz                    U.S. Marshal: D. Punzalan / G. Perez
Interpreter:                                  Language:

---

**PROCEEDINGS: Sentencing**
- Proceedings continued to: February 6, 2007 at 9:00 a.m.
- Defendant released as previously ordered.

NOTES: