# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00011-002  DATE: February 06, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 1:01:50 - 2:06:18
                                                                   2:59:05 - 3:02:29
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Albert Portusach Mendiola, Jr.  Attorney: Mark Smith
☒ Present ☐ Custody ☐ Bond ☒ P.R.  ☒ Present ☒ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent: Ken Bowman, D.E.A.
U.S. Probation: Maria Cruz  U.S. Marshal: None Present
Interpreter:  Language:

**PROCEEDINGS: Continued Sentencing**
- Proceedings continued to: February 7, 2007 at 10:00 a.m.
- Defendant released as previously ordered.

NOTES: