FILED
DISTRICT COURT OF GUAM
JUL 17 2007
MARY L.M. MORAN
CLERK OF COURT

Dear Honorable Judge Francis Tydingco-Gatewood,

I just wanted to write you to let you know that I am doing okay in Lompoc Prison Camp. Though I've only been here 3 months, I have to say that I've learned a lot and that I've also humbled myself. you really learn to value your freedom and especially your family. I just wanted to say Thank you Because I know things could've been worse in my life. everyday I try to keep myself busy and create a routine to help the time past. I'm just patiently waiting my turn to enter the Drug program to educate myself properly on drugs. this will definitely be my last in prison. once again thank you and I hope everything is okay with you and your Family.

Albert P. Mendiola Jr.

RECEIVED
JUL 17 2007
CJPalacios
CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM